UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-11452
ROSETTA M STOKES )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

### ORDER DISMISSING FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 24, 2021

**Prepared by:**

M.O. Marshall
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900